**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **MDL-__** |

**MOTION TO TRANSFER ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR**
**COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant Zillow Group, Inc. ("Zillow") respectfully requests, pursuant to 28 U.S.C. § 1407(a) and the United States Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2, that this Panel issue an order for transfer and consolidation for the eight civil actions listed in the Schedule of Actions ("the Actions") filed concurrently herewith.

For the reasons set forth in the accompanying Brief in Support of its Motion, it is appropriate and necessary pursuant to 28 U.S.C. § 1407 for the Panel to issue an order transferring and consolidating the Actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the United States District Court Western District of Washington for coordinated or consolidated pretrial proceedings.

Dated: October 19, 2022

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:  /s/ Samantha L. Southall
Samantha L. Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-8700
samantha.southall@bipc.com

Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
christopher.dalton@bipc.com

Jennifer Olmedo-Rodriguez
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
(305) 347-5900
jennifer.olmedo-rodriguez@bipc.com

*Counsel for Zillow Group, Inc.*

2