BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION | MDL-__ |

**PROOF OF SERVICE**

Pursuant to JPML Rule 4.1(a), I certify that the foregoing documents were served via e-mail and regular US mail on the following:

Ari H. Marcus, Esquire
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
*Counsel for Plaintiff Jamie Huber and the Putative Class*

Douglas A. Millen, Esquire
Michael E. Moskovitz, Esquire
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Ste. 130
Bannockburn, IL 60015
(224) 632-4500
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
*Counsel for Ryan Margulis and the Putative Class*

Gary Lynch, Esquire
Kelly K. Iverson, Esquire
Jamisen A. Etzel, Esquire
Elizabeth Pollock-Avery, Esquire
Nicholas A. Colella, Esquire
Patrick D. Donathen, Esquire
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
nickc@lcllp.com
patrick@lcllp.com
*Counsel for Plaintiff Ashley Popa and the Putative Class*
*Counsel for Jill Strelzin and the Putative Class*
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Jonathan M. Jagher, Esquire
FREED KANNER LONDON
& MILLEN LLC
923 Fayette Street
Conshohocken, Pennsylvania 19428
jjagher@fklmlaw.com
*Counsel for Ryan Margulis and the Putative Class*

Katrina Carroll, Esquire
Kyle Shamberg, Esquire
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
katrina@lcllp.com
kyle@lcllp.com
*Counsel for Plaintiff Jill Strelzin and the Putative Class*

Joshua B. Swigart, Esquire
SWIGART LAW GROUP, APC
2221 Camino del Rio S., Suite 308
San Diego, CA 92108
Josh@SwigartLawGroup.com
*Counsel for Plaintiff David Kauffman and the Putative Class*

Daniel G. Shay, Esquire
LAW OFFICE OF DANIEL G. SHAY
2221 Camino del Rio S., Suite 308
San Diego, CA 92108
DanielShay@TCPAFDCPA.com
*Counsel for Plaintiff David Kauffman and the Putative Class*

Gary M. Klinger, Esquire
MILLBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com
*Counsel for Plaintiffs, Mary Conlisk and Michael Dekhtyar, and the Putative Class*

Nick Suciu III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@milberg.com
*Counsel for Plaintiffs, Mary Conlisk and Michael Dekhtyar, and the Putative Class*

Kim D. Stephens, P.S., Esquire
Jason T. Dennett, Esquire
Kaleigh N. Boyd, Esquire
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
kstephens@tousley.com
jdennett@tousley.com
kboyd@tousley.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

E. Kirk Wood, Esquire
Sharika Robinson, Esquire
Marcela Jenkins, Esquire
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
kirk@woodlawfirmllc.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

| | |
|---|---|
| Joseph P. Guglielmo, Esquire<br>Carey Alexander, Esquire<br>Ethan Binder, Esquire<br>SCOTT+SCOTT ATTORNEYS<br>AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* | Nicola Menaldo, Esquire<br>Anna M. Thompson, Esquire<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101<br>NMenaldo@perkinscoie.com<br>AnnaThompson@perkinscoie.com<br>*Counsel for Microsoft Corporation* |
| James G. Snell, Esquire<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, California 94304<br>JSnell@perkinscoie.com<br>*Counsel for Microsoft Corporation* | Charles B. Casper, Esquire<br>MONTGOMERY MCCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>ccasper@mmwr.com<br>*Counsel for Microsoft Corporation* |
| Tiffany Marko Yiatras, Esquire<br>CONSUMER PROTECTION LEGAL, LLC<br>308 Hutchinson Road<br>Ellisville, Missouri 63011-2029<br>tiffany@consumerprotectionlegal.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Bryan L. Bleichner, Esquire<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue S, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* |

        Kate M. Baxter-Kauf, Esquire
        Karen Hanson Riebel, Esquire
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
          Minneapolis, MN 55401
       kmbaxter-kauf@locklaw.com
         khriebel@locklaw.com
*Counsel for Plaintiff Jill Adams and the*
           *Putative Class*

                                                            */s/ Samantha L. Southall*
                                                             Samantha L. Southall

Dated: October 19, 2022