**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION | MDL-__ |
|---|---|

**CORRECTED SCHEDULE OF ACTIONS**

|  | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1. | **Plaintiff:** Jamie Huber<br><br>**Defendant:** Zillow Group, Inc. | United States District Court for the Eastern District of Pennsylvania | 2:22-cv-03572 | The Honorable Gerald J. Pappert |
| 2. | **Plaintiff:** Ryan Margulis<br><br>**Defendant:** Zillow Group, Inc. | United States District Court for the Northern District of Illinois – Eastern Division | 1:22-cv-04847 | The Honorable Edmond E. Chang |
| 3. | **Plaintiff:** Ashley Popa<br><br>**Defendant:** Zillow Group, Inc. | United States District Court for the Western District of Pennsylvania | 2:22-cv-01287 | The Honorable William S. Stickman, IV |
| 4. | **Plaintiffs:** Natalie Perkins and Kenneth Hasson<br><br>**Defendants:** Zillow Group, Inc. and Microsoft Corporation | United States District Court for the Western District of Washington | 2:22-cv-01282 | The Honorable Richard A. Jones |
| 5. | **Plaintiff:** David Kauffman<br><br>**Defendant:** Zillow Group, Inc. | United States District Court for the Southern District of California | 3:22-cv-01398 | The Honorable Linda Lopez |
| 6. | **Plaintiff:** Jill Strelzin<br><br>**Defendant:** Zillow Group, Inc. | United States District Court for the Northern District of Illinois – Eastern Division | 1:22-cv-05644 | The Honorable Steven C. Seeger |

|    | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|----|------------------|-----------|----------------------|-----------|
| 7. | **Plaintiffs:**<br>Mark Conlisk and Michael Dekhtyar<br><br>**Defendant:**<br>Zillow Group, Inc. | United States District Court for the Northern District of Illinois – Eastern Division | 1:22-cv-05082 | The Honorable John F. Kness |
| 8. | **Plaintiffs:**<br>Jill Adams<br>Jill Adams as Natural Mother and Next Friend of her minor child, H.A.<br><br>**Defendant:**<br>Zillow Group, Inc. | United States District Court for the Eastern District of Missouri | 4:22-cv-01023 | The Honorable John A. Ross |

Dated: October 20, 2022

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Samantha L. Southall*
Samantha L. Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-8700
samantha.southall@bipc.com

Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
christopher.dalton@bipc.com

Jennifer Olmedo-Rodriguez
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
(305) 347-5900
jennifer.olmedo-rodriguez@bipc.com

*Counsel for Zillow Group, Inc.*