BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION | MDL-__ |

## CORRECTED PROOF OF SERVICE

Pursuant to JPML Rule 4.1(a), I certify that the foregoing documents were served via e-mail and regular US mail on the following:

| | |
|---|---|
| Ari H. Marcus, Esquire<br>MARCUS & ZELMAN LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>ari@marcuszelman.com<br>*Counsel for Plaintiff Jamie Huber and the Putative Class* | Gary Lynch, Esquire<br>Kelly K. Iverson, Esquire<br>Jamisen A. Etzel, Esquire<br>Elizabeth Pollock-Avery, Esquire<br>Nicholas A. Colella, Esquire<br>Patrick D. Donathen, Esquire<br>LYNCH CARPENTER LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA  15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com<br>*Counsel for Plaintiff Ashley Popa and the Putative Class*<br>*Counsel for Plaintiff Jill Strelzin and the Putative Class*<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* |
| Douglas A. Millen, Esquire<br>Michael E. Moskovitz, Esquire<br>FREED KANNER LONDON<br>& MILLEN LLC<br>2201 Waukegan Road, Ste. 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | |
| Jonathan M. Jagher, Esquire<br>FREED KANNER LONDON<br>& MILLEN LLC<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428<br>jjagher@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | Joshua B. Swigart, Esquire<br>SWIGART LAW GROUP, APC<br>2221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>Josh@SwigartLawGroup.com<br>*Counsel for Plaintiff David Kauffman and the Putative Class* |

Katrina Carroll, Esquire
Kyle Shamberg, Esquire
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, IL  60602
katrina@lcllp.com
kyle@lcllp.com
*Counsel for Plaintiff Jill Strelzin and the Putative Class*

Daniel G. Shay, Esquire
LAW OFFICE OF DANIEL G. SHAY
2221 Camino del Rio S., Suite 308
San Diego, CA 92108
DanielShay@TCPAFDCPA.com
*Counsel for Plaintiff David Kauffman and the Putative Class*

Gary M. Klinger, Esquire
MILLBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com
*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class*

Nick Suciu III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@milberg.com
*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class*

Kim D. Stephens, P.S., Esquire
Jason T. Dennett, Esquire
Kaleigh N. Boyd, Esquire
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
kstephens@tousley.com
jdennett@tousley.com
kboyd@tousley.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

E. Kirk Wood, Esquire
Sharika Robinson, Esquire
Marcela Jenkins, Esquire
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
kirk@woodlawfirmllc.com
srobinson@sharikamrobinsonlaw.com
mar_mcdonough@hotmail.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Joseph P. Guglielmo, Esquire
Carey Alexander, Esquire
Ethan Binder, Esquire
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Nicola Menaldo, Esquire
Anna M. Thompson, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com
*Counsel for Microsoft Corporation*

<div style="columns:2">

James G. Snell, Esquire
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304
JSnell@perkinscoie.com
*Counsel for Microsoft Corporation*

Charles B. Casper, Esquire
MONTGOMERY MCCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
ccasper@mmwr.com
*Counsel for Microsoft Corporation*

Tiffany Marko Yiatras, Esquire
CONSUMER PROTECTION LEGAL, LLC
308 Hutchinson Road
Ellisville, Missouri 63011-2029
tiffany@consumerprotectionelegal.com
*Counsel for Plaintiff Jill Adams and the Putative Class*

Bryan L. Bleichner, Esquire
CHESTNUT CAMBRONNE PA
100 Washington Avenue S, Suite 1700
Minneapolis, MN 55401
bbleichner@chestnutcambronne.com
*Counsel for Plaintiff Jill Adams and the Putative Class*

Kate M. Baxter-Kauf, Esquire
Karen Hanson Riebel, Esquire
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
*Counsel for Plaintiff Jill Adams and the Putative Class*

</div>

I certify that the foregoing documents were served on the following via First Class Mail:

<div style="columns:2">

Clerk of Court
United States District Court for the Northern District of Illinois – Eastern Division
Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604
**Via First Class Mail Only**

Clerk of Court
United States District Court for the Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101
**Via First Class Mail Only**

Clerk of Court
United States District Court for the Western District of Pennsylvania
Joseph F. Weis, Jr. Courthouse
700 Grant Street
Pittsburgh, PA 15219
**Via First Class Mail Only**

Clerk of Court
United States District for the Eastern District of Pennsylvania
James A. Byrne Courthouse
601 Market Street
Philadelphia, PA 19106
**Via First Class Mail Only**

</div>

| | |
|---|---|
| Clerk of Court<br>United States District Court for the Eastern<br>District of Missouri<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Southern<br>District of California<br>James M. Carter & Judith N. Keep<br>Courthouse<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br>**Via First Class Mail Only** |
| Dated: October 20, 2022 | */s/ Samantha L. Southall*<br>Samantha L. Southall |

4