BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION | CASE MDL NO. 3057 |

NOTICE OF APPEARANCE

Pursuant to Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, on behalf of defendant Zillow Group, Inc. ("Zillow"), Samantha L. Southall, Christopher J. Dalton, and Jennifer Olmedo-Rodriguez hereby enter their appearances in the above action.

The short case captions relevant to this action are as follows:

1. *Huber v. Zillow Group, Inc.*, Case No. 2:22-cv-03572 (Sep. 7, 2022) (E.D. Pa.);
2. *Margulis v. Zillow Group, Inc.*, Case No. 1:22-cv-04847 (Sep. 8, 2022) (N.D. Ill.);
3. *Popa v. Zillow Group, Inc.*, Case No. 2:22-cv-01287 (Sep. 8, 2022) (W.D. Pa.);
4. *Perkins v. Zillow Group, Inc.*, Case No. 2:22-cv-01282 (Sep. 12, 2022) (W.D. Wash.);
5. *Kauffman v. Zillow Group, Inc.*, Case No. 3:22-cv-01398 (Sep. 15, 2022) (S.D. Cal.);
6. *Strelzin v. Zillow Group, Inc.*, Case No. 1:22-cv-05644 (Sep. 15, 2022) (N.D. Ill.);
7. *Conlisk v. Zillow Group, Inc.*, Case No. 1:22-cv-05082 (Sep. 19, 2022) (N.D. Ill.);
8. *Adams v. Zillow Group, Inc.*, Case No. 4:22-cv-01023 (Sep. 27, 2022) (E.D. Mo.)

In compliance with Rule 4.1(c), counsel are authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of Defendant Zillow and are aware that only one attorney can be designated for each party.

The designated attorney's contact information is as follows:

>Samantha L. Southall
>BUCHANAN INGERSOLL & ROONEY PC
>Two Liberty Place
>50 S. 16th Street, Suite 3200
>Philadelphia, Pennsylvania 19102
>(215) 665-8700
>samantha.southall@bipc.com

Dated: October 20, 2022

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Samantha L. Southall*
Samantha L. Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-8700
samantha.southall@bipc.com

Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
christopher.dalton@bipc.com

Jennifer Olmedo-Rodriguez
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
(305) 347-5900
jennifer.olmedo-rodriguez@bipc.com

*Counsel for Zillow Group, Inc.*