**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION | CASE MDL NO. 3057 |

**CORRECTED PROOF OF SERVICE**

Pursuant to JPML Rule 4.1(a), I certify that the foregoing documents were served via e-mail and regular US mail on the following:

Ari H. Marcus, Esquire
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
*Counsel for Plaintiff Jamie Huber and the Putative Class*

Douglas A. Millen, Esquire
Michael E. Moskovitz, Esquire
FREED KANNER LONDON
& MILLEN LLC
2201 Waukegan Road, Ste. 130
Bannockburn, IL 60015
(224) 632-4500
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
*Counsel for Plaintiff Ryan Margulis and the Putative Class*

Jonathan M. Jagher, Esquire
FREED KANNER LONDON
& MILLEN LLC
923 Fayette Street
Conshohocken, Pennsylvania 19428
jjagher@fklmlaw.com
*Counsel for Plaintiff Ryan Margulis and the Putative Class*

Gary Lynch, Esquire
Kelly K. Iverson, Esquire
Jamisen A. Etzel, Esquire
Elizabeth Pollock-Avery, Esquire
Nicholas A. Colella, Esquire
Patrick D. Donathen, Esquire
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
elizabeth@lcllp.com
nickc@lcllp.com
patrick@lcllp.com
*Counsel for Plaintiff Ashley Popa and the Putative Class*
*Counsel for Plaintiff Jill Strelzin and the Putative Class*
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Joshua B. Swigart, Esquire
SWIGART LAW GROUP, APC
2221 Camino del Rio S., Suite 308
San Diego, CA 92108
Josh@SwigartLawGroup.com
*Counsel for Plaintiff David Kauffman and the Putative Class*

Katrina Carroll, Esquire
Kyle Shamberg, Esquire
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, IL  60602
katrina@lcllp.com
kyle@lcllp.com
*Counsel for Plaintiff Jill Strelzin and the Putative Class*

Daniel G. Shay, Esquire
LAW OFFICE OF DANIEL G. SHAY
2221 Camino del Rio S., Suite 308
San Diego, CA 92108
DanielShay@TCPAFDCPA.com
*Counsel for Plaintiff David Kauffman and the Putative Class*

Gary M. Klinger, Esquire
MILLBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com
*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class*

Nick Suciu III
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@milberg.com
*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class*

Kim D. Stephens, P.S., Esquire
Jason T. Dennett, Esquire
Kaleigh N. Boyd, Esquire
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
kstephens@tousley.com
jdennett@tousley.com
kboyd@tousley.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

E. Kirk Wood, Esquire
Sharika Robinson, Esquire
Marcela Jenkins, Esquire
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
kirk@woodlawfirmllc.com
srobinson@sharikamrobinsonlaw.com
mar_mcdonough@hotmail.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Joseph P. Guglielmo, Esquire
Carey Alexander, Esquire
Ethan Binder, Esquire
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com
*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class*

Nicola Menaldo, Esquire
Anna M. Thompson, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
NMenaldo@perkinscoie.com
AnnaThompson@perkinscoie.com
*Counsel for Microsoft Corporation*

| | |
|---|---|
| James G. Snell, Esquire<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, California 94304<br>JSnell@perkinscoie.com<br>*Counsel for Microsoft Corporation* | Charles B. Casper, Esquire<br>MONTGOMERY MCCRACKEN WALKER<br>& RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>ccasper@mmwr.com<br>*Counsel for Microsoft Corporation* |
| Tiffany Marko Yiatras, Esquire<br>CONSUMER PROTECTION LEGAL, LLC<br>308 Hutchinson Road<br>Ellisville, Missouri 63011-2029<br>tiffany@consumerprotectionlegal.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Bryan L. Bleichner, Esquire<br>CHESTNUT CAMBRONNE PA<br>100 Washington Avenue S, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* |
| Kate M. Baxter-Kauf, Esquire<br>Karen Hanson Riebel, Esquire<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>kmbaxter-kauf@locklaw.com<br>khriebel@locklaw.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | |

I certify that the foregoing documents were served on the following via First Class Mail:

| | |
|---|---|
| Clerk of Court<br>United States District Court for the Northern District of Illinois – Eastern Division<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br>**Via First Class Mail Only** |
| Clerk of Court<br>United States District Court for the Western District of Pennsylvania<br>Joseph F. Weis, Jr. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br>**Via First Class Mail Only** | Clerk of Court<br>United States District for the Eastern District of Pennsylvania<br>James A. Byrne Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br>**Via First Class Mail Only** |

Clerk of Court
United States District Court for the Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102
**Via First Class Mail Only**

Clerk of Court
United States District Court for the Southern District of California
James M. Carter & Judith N. Keep Courthouse
333 West Broadway, Suite 420
San Diego, CA 92101
**Via First Class Mail Only**

Dated: October 20, 2022

*/s/ Samantha L. Southall*
Samantha L. Southall