**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **CASE MDL NO. 3057** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the United States Judicial Panel on Multidistrict Litigation Rule 5.1 of Procedure, undersigned counsel for defendant Zillow Group, Inc. ("Zillow"), in the above-captioned action,[1] certifies that Zillow is a publicly-traded Washington Corporation. It does not

---

[1] The short case captions relevant to this action are as follows: (1) *Huber v. Zillow Group, Inc.*, Case No. 2:22-cv-03572 (Sep. 7, 2022) (E.D. Pa.); (2) *Margulis v. Zillow Group, Inc.,* Case No. 1:22-cv-04847 (Sep. 8, 2022) (N.D. Ill.); (3) *Popa v. Zillow Group, Inc.*, Case No. 2:22-cv-01287 (Sep. 8, 2022) (W.D. Pa.); (4) *Perkins v. Zillow Group, Inc.*, Case No. 2:22-cv-01282 (Sep. 12, 2022) (W.D. Wash.); (5) *Kauffman v. Zillow Group, Inc.*, Case No. 3:22-cv-01398 (Sep. 15, 2022) (S.D. Cal.); (6) *Strelzin v. Zillow Group, Inc.*, Case No. 1:22-cv-05644 (Sep. 15, 2022) (N.D. Ill.); (7) *Conlisk v. Zillow Group, Inc.*, Case No. 1:22-cv-05082 (Sep. 19, 2022) (N.D. Ill.); and (8) *Adams v. Zillow Group, Inc.*, Case No. 4:22-cv-01023 (Sep. 27, 2022) (E.D. Mo.).

have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: October 20, 2022 | Respectfully submitted, |
| | BUCHANAN INGERSOLL & ROONEY PC |
| | *By: /s/ Samantha L. Southall* |
| | Samantha L. Southall |
| | Two Liberty Place |
| | 50 S. 16th Street, Suite 3200 |
| | Philadelphia, Pennsylvania 19102 |
| | (215) 665-8700 |
| | samantha.southall@bipc.com |
| | |
| | Christopher J. Dalton |
| | 550 Broad Street, Suite 810 |
| | Newark, New Jersey 07102-4582 |
| | (973) 273-9800 |
| | christopher.dalton@bipc.com |
| | |
| | Jennifer Olmedo-Rodriguez |
| | One Biscayne Tower |
| | 2 S. Biscayne Blvd., Suite 1500 |
| | Miami, Florida 33131 |
| | (305) 347-5900 |
| | jennifer.olmedo-rodriguez@bipc.com |
| | |
| | *Counsel for Zillow Group, Inc.* |