**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **CASE MDL NO. 3057** |

**PROOF OF SERVICE**

I, SAMANTHA L. SOUTHALL, hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via the Court's electronic filing system.

Dated: October 20, 2022

*/s/ Samantha L. Southall*
Samantha L. Southall