**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **MDL NO. 3057** |

**PROOF OF SERVICE**

I hereby certify that on October 21, 2022, I caused to be electronically filed the:

NOTICE OF APPEARANCE OF JOSEPH P. GUGLIELMO through the CM/ECF system, and caused to be mailed by U.S. Mail, Postage Prepaid, the foregoing and the notice of electronic filing to all counsel of record and/or unrepresented parties in the following Related Actions:

| *Action* | *Parties* |
|---|---|
| *Huber v. Zillow Grp., Inc.*, No. 2:22-cv-03572 (E.D. Pa.) | ***Counsel for Plaintiff Jamie Huber and the Putative Class*:**<br><br>Ari H. Marcus<br>**Marcus & Zelman LLC**<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>ari@marcuszelman.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Margulis v. Zillow Grp., Inc.*, No. 1:22-cv-04847 (N.D. Ill.) | ***Counsel for Plaintiff Ryan Margulis and the Putative Class*:**<br><br>Douglas A. Millen<br>Michael E. Moskovitz<br>**Freed Kanner London & Millen LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com |

| | |
|---|---|
| | Jonathan M. Jagher<br>**Freed Kanner London & Millen LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>jjagher@fklmlaw.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Popa v. Zillow Grp., Inc.*, No. 2:22-cv-01287 (W.D. Pa.) | ***Counsel for Plaintiff Ashley Popa and the Putative Class*:**<br><br>Gary Lynch<br>Kelly K. Iverson<br>Jamisen A. Etzel<br>Elizabeth Pollock-Avery<br>Nicholas A. Colella<br>Patrick D. Donathen<br>**Lynch Carpenter LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com |

| | |
|---|---|
| | nickc@lcllp.com<br>patrick@lcllp.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Perkins, et al. v. Zillow Grp., Inc., et al.*, No. 2:22-cv-01282 (W.D. Wash.) | ***Counsel for Plaintiffs Natalie Perkins and Kenneth Hasson, and the Putative Class*:**<br><br>Gary Lynch<br>Kelly K. Iverson<br>Jamisen A. Etzel<br>Elizabeth Pollock-Avery<br>Nicholas A. Colella<br>Patrick D. Donathen<br>**Lynch Carpenter LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com |

4

|  | Kim D. Stephens, P.S.<br>Jason T. Dennett<br>Kaleigh N. Boyd<br>**Tousley Brain Stephens PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>kstephens@tousley.com<br>jdennett@tousley.com<br>kboyd@tousley.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>**Scott+Scott Attorneys at Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br><br>E. Kirk Wood<br>Sharika Robinson<br>Marcela Jenkins<br>**Wood Law Firm, LLC**<br>P.O. Box 382434<br>Birmingham, AL 35238-2434<br>kirk@woodlawfirmllc.com<br>srobinson@sharikamrobinsonlaw.com<br>mar_mcdonough@hotmail.com<br><br>*Counsel for Defendant Zillow Group, Inc.*:<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582 |

| | |
|---|---|
| | (973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com<br><br>*Counsel for Defendant Microsoft Corporation*:<br><br>Nicola Menaldo<br>Anna M. Thompson<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>NMenaldo@perkinscoie.com<br>AnnaThompson@perkinscoie.com<br><br>James G. Snell, Esquire<br>**Perkins Coie LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>JSnell@perkinscoie.com<br><br>Charles B. Casper<br>**Montgomery Mccracken Walker & Rhoads LLP**<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>ccasper@mmwr.com |
| *Kauffman v. Zillow Grp., Inc.*, No. 3:22-cv-01398 (S.D. Cal.) | *Counsel for Plaintiff David Kauffman and the Putative Class*:<br><br>Joshua B. Swigart<br>**Swigart Law Group, APC**<br>2221 Camino del Rio South, Suite 308<br>San Diego, CA 92108<br>Josh@SwigartLawGroup.com |

| | |
|---|---|
| | Daniel G. Shay<br>**Law Office of Daniel G. Shay**<br>2221 Camino del Rio South, Suite 308<br>San Diego, CA 92108<br>DanielShay@TCPAFDCPA.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Strelzin v. Zillow Grp., Inc.*, No. 1:22-cv-05644 (N.D. Ill.) | ***Counsel for Plaintiff Jill Strelzin and the Putative Class*:**<br><br>Gary Lynch<br>Kelly K. Iverson<br>Jamisen A. Etzel<br>Elizabeth Pollock-Avery<br>Nicholas A. Colella<br>Patrick D. Donathen<br>**Lynch Carpenter LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com |

| | |
|---|---|
| | nickc@lcllp.com<br>patrick@lcllp.com<br><br>Katrina Carroll<br>Kyle Shamberg<br>**Lynch Carpenter LLP**<br>111 West Washington Street, Suite 1240<br>Chicago, IL 60602<br>katrina@lcllp.com<br>kyle@lcllp.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Conlisk, et al. v. Zillow Grp., Inc.*, No. 1:22-cv-05082 (N.D. Ill.) | ***Counsel for Plaintiff Mark Conlisk and Michael Dekhtyar and the Putative Class*:**<br><br>Gary M. Klinger<br>**Millberg Coleman Bryson Phillips Grossman, PLLC**<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com |

| | |
|---|---|
| | Nick Suciu III<br>**Milberg Coleman Bryson Phillips Grossman, PLLC**<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301<br>nsuciu@milberg.com<br><br>*Counsel for Defendant Zillow Group, Inc.*:<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
| *Adams v. Zillow Grp., Inc.*, No. 4:22-cv-01023 (E.D. Mo.) | *Counsel for Plaintiff Jamie Huber and the Putative Class*:<br><br>Tiffany Marko Yiatras<br>**Consumer Protection Legal, LLC**<br>308 Hutchinson Road<br>Ellisville, Missouri 63011-2029<br>tiffany@consumerprotectionlegal.com<br><br>Kate M. Baxter-Kauf<br>Karen Hanson Riebel<br>**Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>kmbaxter-kauf@locklaw.com |

9

|  | khriebel@locklaw.com<br><br>Bryan L. Bleichner<br>**Chestnut Cambronne PA**<br>100 Washington Avenue S, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br><br>***Counsel for Defendant Zillow Group, Inc.*:**<br><br>Samantha L. Southall<br>**Buchanan Ingersoll & Rooney PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**Buchanan Ingersoll & Rooney PC**<br>550 Broad Street, Suite 810<br>Newark, NJ 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**Buchanan Ingersoll & Rooney PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com |
|---|---|

And the following Clerks of Court:

| | |
|---|---|
| **Clerk of Court, United States District Court for the Northern District of Illinois – Eastern Division**<br>Dirksen U.S. Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604<br><br>Case Nos. 1:22-cv-04847 (N.D. Ill.); 1:22-cv-05644 (N.D. Ill.); 1:22-cv-05082 (N.D. Ill.) | **Clerk of Court, United States District Court for the Western District of Washington**<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br><br>Case No. 2:22-cv-01282 (W.D. Wash.) |
| **Clerk of Court, United States District Court for the Western District of Pennsylvania**<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br><br>Case No. 2:22-cv-01287 (W.D. Pa.) | **Clerk of Court, United States District Court for the Eastern District of Pennsylvania**<br>James A. Byrne Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br><br>Case No. 2:22-cv-03572 (E.D. Pa.) |
| **Clerk of Court, United States District Court for the Eastern District of Missouri**<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102<br><br>Case No. 4:22-cv-01023 (E.D. Mo.) | **Clerk of Court, United States District Court for the Southern District of California**<br>James M. Carter & Judith N. Keep Courthouse<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br><br>Case No. 3:22-cv-01398 (S.D. Cal.) |

DATED:  October 21, 2022

Respectfully Submitted,

 */s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Tel:  212-223-6444
Fax:  212-223-6334
jguglielmo@scott-scott.com

*Counsel for Plaintiffs Natalie Perkins and Kenneth Hasson, and the Putative Class*