# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __3057__ & TITLE - IN RE: __Zillow Group, Inc., Session Replay Software__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Perkins v. Zillow Group, Inc., Case No. 2:22-cv-01282 (Sept. 12, 2022) (W.D. Wash.)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Microsoft Corporation__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| James G. Snell | Perkins Coie LLP |
| Signature of Attorney | Name of Firm |
| 3150 Porter Drive | Palo Alto, CA 94304-1212 |
| Address | City/State/Zip Code |

Date: 11/3/2022

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ZILLOW GROUP, INC., SESSION REPLAY SOFTWARE CONSUMER PRIVACY LITIGATION, | CASE MDL No. 3057 |

## PROOF OF SERVICE

Pursuant to JPML Rule 4.1(a), I certify that the foregoing document was served via email and regular US mail on the following:

| | |
|---|---|
| Ari H. Marcus, Esquire<br>**MARCUS & ZELMAN LLC**<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>ari@marcuszelman.com<br>*Counsel for Plaintiff Jamie Huber and the Putative Class*<br><br>Douglas A. Millen, Esquire<br>Michael E. Moskovitz, Esquire<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Ste. 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | Gary Lynch, Esquire<br>Kelly K. Iverson, Esquire<br>Jamisen A. Etzel, Esquire<br>Elizabeth Pollock-Avery, Esquire<br>Nicholas A. Colella, Esquire<br>Patrick D. Donathen, Esquire<br>**LYNCH CARPENTER LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com<br>*Counsel for Plaintiff Ashley Popa and the Putative Class Counsel for Plaintiff Jill Strelzin and the Putative Class Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* |
| Jonathan M. Jagher, Esquire<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428<br>jjagher@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | Joshua B. Swigart, Esquire<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>Josh@SwigartLawGroup.com<br>*Counsel for Plaintiff David Kauffman and the Putative Class* |

158828283.1

| | |
|---|---|
| Katrina Carroll, Esquire<br>Kyle Shamberg, Esquire<br>**LYNCH CARPENTER LLP**<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>katrina@lcllp.com<br>kyle@lcllp.com<br>*Counsel for Plaintiff Jill Strelzin and the Putative Class* | Daniel G. Shay, Esquire<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>DanielShay@TCPAFDCPA.com<br>*Counsel for Plaintiff David Kauffman and the Putative Class* |
| Gary M. Klinger, Esquire<br>**MILLBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br>*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class* | Nick Suciu III<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301<br>nsuciu@milberg.com<br>*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class* |
| Kim D. Stephens, P.S., Esquire<br>Jason T. Dennett, Esquire<br>Kaleigh N. Boyd, Esquire<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>kstephens@tousley.com<br>jdennett@tousley.com<br>kboyd@tousley.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* | E. Kirk Wood, Esquire<br>Sharika Robinson, Esquire<br>Marcela Jenkins, Esquire<br>**WOOD LAW FIRM, LLC**<br>P. O. Box 382434<br>Birmingham, AL 35238-2434<br>kirk@woodlawfirmllc.com<br>srobinson@sharikamrobinsonlaw.com<br>mar_mcdonough@hotmail.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* |
| Joseph P. Guglielmo, Esquire<br>Carey Alexander, Esquire<br>Ethan Binder, Esquire<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* | Charles B. Casper, Esquire<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>ccasper@mmwr.com<br>*Counsel for Microsoft Corporation* |

| | |
|---|---|
| Bryan L. Bleichner, Esquire<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue S, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Tiffany Marko Yiatras, Esquire<br>**CONSUMER PROTECTION LEGAL, LLC**<br>308 Hutchinson Road<br>Ellisville, Missouri 63011-2029<br>tiffany@consumerprotectionlegal.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* |
| Kate M. Baxter-Kauf, Esquire<br>Karen Hanson Riebel, Esquire<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>kmbaxter-kauf@locklaw.com<br>khriebel@locklaw.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Douglas A. Millen<br>Michael E. Moskovitz<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br><br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* |
| Samantha L. Southall<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, Pennsylvania 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, Florida 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com<br>*Counsel for Zillow Group, Inc.* | |

I certify that the foregoing document was served on the following via First Class Mail:

| | |
|---|---|
| Clerk of Court<br>United States District Court for the Northern District of Illinois – Eastern Division<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br>**Via First Class Mail Only** |
| Clerk of Court<br>United States District Court for the Western District of Pennsylvania<br>Joseph F. Weis, Jr. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Eastern District of Pennsylvania<br>James A. Byrne Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br>**Via First Class Mail Only** |
| Clerk of Court<br>United States District Court for the Eastern District of Missouri<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Southern District of California<br>James M. Carter & Judith N. Keep Courthouse<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br>**Via First Class Mail Only** |

Dated: November 3, 2022            /s/ _James G. Snell_
                                       James G. Snell