**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **CASE MDL NO. 3057** |

**NOTICE OF WITHDRAWAL OF MOTION TO**
**TRANSFER ACTIONS  PURSUANT TO 28 U.S.C. § 1407 FOR**
**COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant Zillow Group, Inc. ("Zillow"), by and through its undersigned counsel, respectfully withdraws its Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (the "Motion").  (Doc. No. 1).

On November 8, 2022, the Parties, through their respective counsel, met and conferred in good faith regarding Zillow's Motion.  The Parties have agreed to stipulate that each action identified in Zillow's Motion will be transferred to the United States District Court of Western District of Washington pursuant to 28 U.S.C § 1404(a).  The Parties have further agreed that, upon transfer of  these actions to the Western District of Washington, they will propose an agreed-upon schedule for consolidation and a Fed. R. Civ. P. 23(g) appointment of putative class counsel.

Zillow therefore respectfully withdraws its Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. (Doc. No. 1).

Dated: November 10, 2022

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By:  *Samantha L. Southall*
Samantha L. Southall
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
(215) 665-8700
samantha.southall@bipc.com

Christopher J. Dalton
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
christopher.dalton@bipc.com

Jennifer Olmedo-Rodriguez
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
(305) 347-5900
jennifer.olmedo-rodriguez@bipc.com

*Counsel for Zillow Group, Inc.*

**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: ZILLOW GROUP, INC. SESSION REPLAY SOFTWARE LITIGATION** | **CASE MDL NO. 3057** |

**<u>PROOF OF SERVICE</u>**

Pursuant to JPML Rule 4.1(a), I hereby certify that on this 10th day of November, 2022, I

served a true and correct copy of the foregoing document by ECF on all counsel of record.


*/s/ Samantha L. Southall*
Samantha L. Southall