UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZILLOW GROUP, INC., SESSION REPLAY
SOFTWARE CONSUMER PRIVACY LITIGATION　　　　　　MDL No. 3057

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION WITHDRAWN**

Before the Panel is a motion by defendant Zillow Group, Inc. filed pursuant to 28 U.S.C. § 1407. In its motion, defendant seeks centralization of the actions on the attached schedule in the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion. No responding party has opposed the withdrawal.

IT IS THEREFORE ORDERED that defendant's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ZILLOW GROUP, INC., SESSION REPLAY
SOFTWARE CONSUMER PRIVACY LITIGATION        MDL No. 3057

## SCHEDULE A

| DIST | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 22-01398 | Kauffman v. Zillow Group, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 22-04847 | Margulis v. Zillow Group, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 22-05082 | Conlisk et al v. Zillow Group, Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 22-05644 | Stretlzin v. Zillow Group, Inc. |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 22-01023 | Adams et al v. Zillow Group, Inc. |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 22-03572 | Huber v. Zillow Group, Inc. |
| **PENNSYLVANIA WESTERN** | | | |
| PAW | 2 | 22-01287 | Popa v. Zillow Group, Inc. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 22-01282 | Perkins et al v. Zillow Group, Inc. et al |